IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JEFFERY SCOTT ROBERSON,    )
                           )
     Petitioner,           )
                           )        CIVIL ACTION NO.
     v.                    )         2:19cv473-MHT
                           )              (WO)
UNITED STATES OF AMERICA,  )
                           )
     Respondent.           )
```

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 7) is adopted.

(2) The 28 U.S.C. § 2255 petition for writ of habeas corpus (doc. no. 1) is denied.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is closed.

DONE, this the 4th day of October, 2019.

                                         /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**